136 P.3d 288

# SUPREME COURT OF HAWAI'I

Mililani Town Ass'n v. Crabbe . . . . . 26646     05/25/2006   Denied     110 Hawai'i 282, 132 P.3d 391

State ex rel. Knapp v. AES Corp. . . . 26151     06/19/2006   Denied     110 Hawai'i 547, 135 P.3d 156

Yoneda v. Tom . . . . . . . . . . . . . . . . . . 26271     05/18/2006   Denied     110 Hawai'i 367, 133 P.3d 796

Clark v. Clark . . . . . . . . . . . . . . . . . . . 26209     05/30/2006   Denied     110 Hawai'i 459, 134 P.3d 625